# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 AUG -3 PM 12: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

USA; RICHARD A. WILLIAMSON, SUCCESSOR
LIQUIDATING TRUSTEE OF LIPPER CONVERT     )
                                          )     CASE NO.  07 MC 390
          vs.                             )
                                          )     **PRAECIPE**
EDWARD  STRAFACI                          )
                                          )
_____  )

TO THE CLERK:  $31 FOR ISSUANCE OF ABSTRACT OF JUDMGENT - "ABSTRACT OF JUDGMENT"
ATTACHED

DATE:   August 02, 2007

Date Issued: _____

BRYAN D. SAMPSON, ESQ.  (#143143)
_____
Name
SAMPSON & ASSOCIATES
2139 FIRST AVENUE
Address

SAN DIEGO, CA 92101

(619)557-9420
Telephone

K:\COMMON\CSA\FORMS\PRAECIPE.WPD April 11, 2000 (1:56pm)

CSD-11

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 141108    – SR
* * C O P Y * *
August 03, 2007
12:04:29**

**Abst. of Jdgmt.**
USAO #.: ABSTRACT OF JUDGMENT
Amount.:                    $31.00 CK
Check#.: BC#19405

**Total–>    $31.00**

FROM: ABSTRACT OF JUDGMENT
        WILLIAMSON V. STRAFACI