**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Judgment Creditor
Richard A. Williamson

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP,<br><br>Plaintiff/Judgment Creditor,<br><br>v.<br><br>EDWARD STRAFACI,<br>.<br>Defendant/Judgment Debtor. | Case No. 07 MC 390<br><br>**NOTICE OF NO OPPOSITION TO MOTION FOR AN ASSIGNMENT ORDER**<br><br>Date: July 14, 2008<br>Time: 10:30 a.m.<br>Ctrm: 1<br>Judge: Hon. Irma E. Gonzalez. |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff/Judgment Creditor RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP, hasreceived no opposition, no objections, no request for extension of time and no responsive pleadings from Judgment Debtor to their motion for an assignment order. Therefore, Judgment Creditor requests the Court grant their proposed Assignment Order in its entirety.

Respectfully submitted,

DATED: July 2, 2008        **SAMPSON & ASSOCIATES**


By:  /s/ Bryan D. Sampson
     Attorneys for Judgment Creditor
     E-Mail: bsampson@sampsonlaw.net

1

1  **SAMPSON & ASSOCIATES**
   Bryan D. Sampson, Esq. (#143143)
2  Mary L. Fickel, Esq. (#221872)
   2139 First Avenue
3  San Diego, California 92101
   Tel. (619) 557-9420 / Fax (619) 557-9425
4  bsampson@sampsonlaw.net

5  Attorneys for Judgment Creditor
   Richard A. Williamson

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10  | | |
|---|---|
| RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP, | Case No. 07 MC 390 |
| | **PROOF OF SERVICE** |
| Plaintiff/Judgment Creditor, | |
| v. | Date:  July 14, 2008 |
| | Time:  10:30 a.m. |
| EDWARD STRAFACI, | Ctrm:  1 |
| . | Judge: Hon. Irma E. Gonzalez |
| Defendant/Judgment Debtor. | |

16

17                              **DECLARATION OF SERVICE**

18       I, Natasha Yeakey,  declare:

19       I am a citizen of the United States and I am employed in the County of San Diego, State of

20  California.  I am over the age of 18 years and not a party to this action.  My business address is 2139

21  First Avenue, San Diego, California, 92101.

22       I further declare that I am readily familiar with the business practices of Sampson & Associates

23  for service of documents, which documents served by facsimile are transmitted in and the original

24  deposited with the United States Postal Service in our ordinary course of business on the same day, the

25  documents served by mail are deposited with the United States Postal Service in the ordinary course of

26  business the same day and that documents served personally, are delivered the same day.

27  / / /

28  / / /

                                           1

1  On July 2, 2008, I served the following documents:

2  • **NOTICE OF NO OPPOSITION TO MOTION FOR AN ASSIGNMENT ORDER.**
on the following:

Edward Strafaci  Reg. No. 55609-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

in the following manner of service

__X__ **By Mail**    I caused such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at San Diego, California.

_____ **By Fax**    I also caused such document(s) to be telecopied to the offices of the addressees where indicated.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on July 2, 2008, at San Diego, California.

*Natasha Yeakey*
Natasha Yeakey