FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP, <br><br> Plaintiff/Judgment Creditor, <br><br> v. <br><br> EDWARD STRAFACI, <br><br> Defendant/Judgment Debtor. | Case No. 07 MC 390 <br><br> **ASSIGNMENT ORDER** |

The Motion of Judgment Creditor RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP ("Creditor") for an assignment of monies due to Judgment Debtor EDWARD STRAFACI ("Debtor") came before this Court on the above date and time, the Honorable Irma E. Gonzalez, Presiding. Judgment Creditor Williamson appeared through his attorney Bryan D. Sampson, Esq. Judgment Debtor Strafaci did not appear. The Court having considered the pleadings filed in connection with this motion, the pleadings and records on file int his matter and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the following described rights to payment of Judgment Debtor Edward Strafaci be, and hereby are, assigned to Judgment Creditor Williamson, in care of Sampson & Associates, Attn. Bryan D. Sampson, 2139 1st Avenue, San Diego, California 92101, until such time as the judgment herein is fully satisfied or this order is amended per California Code

of Civil Procedure Section 708.560.

**IT IS HEREBY FURTHER ORDERED** that this assignment order covers any and all accounts receivable, commissions, royalties, bonus plans, stocks, bonds, deferred compensation and/or insurance payments now due, or to become due in the future, to Debtor Strafaci including, but not limited to, any money now due to him, or to become due in the future, from the class action lawsuit entitled <u>Sheldon, Dubroff and Mervyn Klien, et al. v. Wren Holdings, LLC, et al.</u>, under San Diego Superior Court Case Number GIC879495, until the amount remaining due on the $89,828,416.00 judgment, plus all accrued interest and costs thereon, is paid in full.

**IT IS HEREBY FURTHER ORDERED** that Judgment Debtor Edward Strafaci, along with third parties who are served with this notice, shall pay any and all monies due and owing under this order to: "Sampson & Associates, Client Trust Account" at 2139 1st Avenue, San Diego, California 92101 to be applied to this judgment herein until such judgment is fully satisfied or this order is amended.

**NOTICE IS HEREBY GIVEN THAT FAILURE BY JUDGMENT DEBTOR EDWARD STRAFACI OR ANY OF THE NOTICED THIRD PARTIES TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR OR THIRD PARTY TO BEING SANCTIONED AND/OR HELD IN CONTEMPT OF COURT.**

IT IS SO ORDERED.

Dated: _____

Irma E. Gonzalez, Chief Judge
U.S. DISTRICT COURT