1 | **SAMPSON & ASSOCIATES**
2 | Bryan D. Sampson, Esq. (#143143)
  | Mary L. Fickel, Esq. (#221872)
3 | 2139 First Avenue
  | San Diego, California 92101
4 | Tel. (619) 557-9420 / Fax (619) 557-9425
  | bsampson@sampsonlaw.net
5 | Attorneys for Judgment Creditor
  | Richard A. Williamson

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP, | Case No. 07 MC 390 |
|---|---|
| Plaintiff/Judgment Creditor, | **NOTICE OF RULING** |
| v. | Date: July 14, 2008 |
| EDWARD STRAFACI, | Time: 10:30 a.m. |
| . | Ctrm: 1 |
| Defendant/Judgment Debtor. | Judge: Hon. Irma E. Gonzalez |

TO ALL PARTIES:

PLEASE TAKE NOTICE that attached hereto is a true and correct copy of the Court's Assignment Order entered on the above date and time.

Respectfully submitted,

DATED: July 15, 2008                **SAMPSON & ASSOCIATES**


By:  /s/ Bryan D. Sampson
     Attorneys for Judgment Creditor
     E-Mail: bsampson@sampsonlaw.net

1

**Williamson v. Strafaci  Case No. 07 MC 390**
**PROOF OF SERVICE**

S:\Company Files\Clients - Open\Williamson v. Strafaci\Pleading\Assignment Order\Ruling.wpd

FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP,<br><br>Plaintiff/Judgment Creditor,<br><br>v.<br><br>EDWARD STRAFACI,<br><br>Defendant/Judgment Debtor. | Case No. 07 MC 390<br><br>**ASSIGNMENT ORDER** |

The Motion of Judgment Creditor RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP ("Creditor") for an assignment of monies due to Judgment Debtor EDWARD STRAFACI ("Debtor") came before this Court on the above date and time, the Honorable Irma E. Gonzalez, Presiding. Judgment Creditor Williamson appeared through his attorney Bryan D. Sampson, Esq. Judgment Debtor Strafaci did not appear. The Court having considered the pleadings filed in connection with this motion, the pleadings and records on file int his matter and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the following described rights to payment of Judgment Debtor Edward Strafaci be, and hereby are, assigned to Judgment Creditor Williamson, in care of Sampson & Associates, Attn. Bryan D. Sampson, 2139 1st Avenue, San Diego, California 92101, until such time as the judgment herein is fully satisfied or this order is amended per California Code

1

of Civil Procedure Section 708.560.

**IT IS HEREBY FURTHER ORDERED** that this assignment order covers any and all accounts receivable, commissions, royalties, bonus plans, stocks, bonds, deferred compensation and/or insurance payments now due, or to become due in the future, to Debtor Strafaci including, but not limited to, any money now due to him, or to become due in the future, from the class action lawsuit entitled <u>Sheldon, Dubroff and Mervyn Klien, et al. v. Wren Holdings, LLC, et al.</u>, under San Diego Superior Court Case Number GIC879495, until the amount remaining due on the $89,828,416.00 judgment, plus all accrued interest and costs thereon, is paid in full.

**IT IS HEREBY FURTHER ORDERED** that Judgment Debtor Edward Strafaci, along with third parties who are served with this notice, shall pay any and all monies due and owing under this order to: "Sampson & Associates, Client Trust Account" at 2139 1st Avenue, San Diego, California 92101 to be applied to this judgment herein until such judgment is fully satisfied or this order is amended.

**NOTICE IS HEREBY GIVEN THAT FAILURE BY JUDGMENT DEBTOR EDWARD STRAFACI OR ANY OF THE NOTICED THIRD PARTIES TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR OR THIRD PARTY TO BEING SANCTIONED AND/OR HELD IN CONTEMPT OF COURT.**

IT IS SO ORDERED.

Dated: _____

_____
Irma E. Gonzalez, Chief Judge
U.S. DISTRICT COURT

1 **SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
2 Mary L. Fickel, Esq. (#221872)
2139 First Avenue
3 San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
4 bsampson@sampsonlaw.net

5 Attorneys for Judgment Creditor
Richard A. Williamson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP,<br><br>Plaintiff/Judgment Creditor,<br><br>v.<br><br>EDWARD STRAFACI,<br>.<br>Defendant/Judgment Debtor. | Case No. 07 MC 390<br><br>**PROOF OF SERVICE**<br><br>Date:   July 14, 2008<br>Time:  10:30 a.m.<br>Ctrm:   1<br>Judge:  Hon. Irma E. Gonzalez |

**DECLARATION OF SERVICE**

I, Natasha Yeakey, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 2139 First Avenue, San Diego, California, 92101.

I further declare that I am readily familiar with the business practices of Sampson & Associates for service of documents, which documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally, are delivered the same day.

/ / /

/ / /

1

**Williamson  v. Strafaci  Case No. 07 MC 390**
**PROOF OF SERVICE**
S:\Company Files\Clients - Open\Williamson v. Strafaci\Pleading\Assignment Order\POS.RULING.wpd

On July 15, 2008, I served the following documents:

• **NOTICE OF RULING.**
on the following:

Edward Strafaci  Reg. No. 55609-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

in the following manner of service

__X__ **By Mail**   I caused such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at San Diego, California.

____ **By Fax**   I also caused such document(s) to be telecopied to the offices of the addressees where indicated.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on July 15, 2008, at San Diego, California.

_Natasha Yeakey_

2

Williamson v. Strafaci  Case No. 07 MC 390
**PROOF OF SERVICE**
S:\Company Files\Clients - Open\Williamson v. Strafaci\Pleading\Assignment Order\POS.RULING.wpd