**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Judgment Creditor
Richard A. Williamson

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP,<br><br>        Plaintiff/Judgment Creditor,<br><br>v.<br><br>EDWARD STRAFACI,<br>.<br>        Defendant/Judgment Debtor. | Case No. 07 MC 390<br><br>**NOTICE OF ORDER ASSIGNING RIGHTS TO PAYMENT**<br><br>Date:  July 14, 2008<br>Time:  10:30 a.m.<br>Ctrm:  1<br>Judge: Hon. Irma E. Gonzalez |

**TO: SEE ATTACHMENT "A"**

NOTICE IS HEREBY GIVEN that, pursuant to the Assignment Order, entered July 14, 2008, a copy of which is attached, any and all accounts receivable, commissions, royalties, bonus plans, stocks, bonds, deferred compensation and/or insurance payments now due, or to become due in the future, to Judgment Debtor EDWARD STRAFACI (hereinafter "Judgment Debtor"), including, but not limited to, any money now due to him, or to become due in the future, from the class action lawsuit entitled <u>Sheldon, Dubroff and Mervyn Klien, et al. v. Wren Holdings, LLC, et al.</u>, under San Diego Superior Court Case Number GIC879495, have been assigned to:

RICHARD WILLIAMSON
Successor Liquidating Trustee of Lipper Convertibles, LP ("Judgment Creditor")
c/o Sampson & Associates
2139 First Avenue
San Diego, CA 92101

to the extent necessary to satisfy a judgment that Judgment Creditor has against Judgment Debtor.

1

1  PLEASE TAKE FURTHER NOTICE that the amount necessary to satisfy this Court's Judgment
2  is presently $89,828.416.00, plus all accrued interest and costs thereon.  This amount continues to accrue
3  post-judgment interest on the unpaid balance until paid.
4  PLEASE TAKE FURTHER NOTICE that **IF YOU MAKE PAYMENTS TO THE**
5  **JUDGMENT DEBTOR AFTER YOU RECEIVE THIS NOTICE THAT SUCH PROPERTY HAS**
6  **BEEN ASSIGNED TO THE JUDGMENT CREDITOR NAMED ABOVE, YOU WILL NOT**
7  **SATISFY THE OBLIGATION WHICH HAS BEEN ASSIGNED AND ARE LIABLE FOR FULL**
8  **PAYMENT TO THE JUDGMENT CREDITOR**.

Respectfully submitted,

9
10 DATED: July 15, 2008                **SAMPSON & ASSOCIATES**
11
12
                    By:   /s/ Bryan D. Sampson
13                        Attorneys for Judgment Creditor
                          E-Mail: bsampson@sampsonlaw.net
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Williamson v. Strafaci*

*United States District Court, Southern District of California*

*Miscellaneous Case No. 07 MC 390*

---

**Attachment "A"**

---

Morgan J. Miller
PAUL HASTINGS JANOFSKY & WALKER
3579 Valley Centre Drive
San Diego, CA 92130

Barry Sher
Kevin C. Logue
Christopher Cobb
PAUL HASTINGS JANOFSKY & WALKER
Park Avenue Tower
75 East 55th Street
New York, NY 10022

Mark Hurwitz
LEVY SMALL & LALLAS
815 Moraga Drive
Los Angeles, CA 90049

Jonathan N. Helfat
Richard G. Haddad
OTTERBOURG STEINDLER HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169

Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118

Kenneth J. Catanzarite
Jim Travis Tice
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, CA 92801

Edward Strafaci Reg. No. 55609-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

Richard Williamson, Successor Liquidating Trustee of Lipper Convertibles, LP
c/o Sampson & Associates
2139 First Avenue
San Diego, CA 92101

FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP,<br><br>Plaintiff/Judgment Creditor,<br><br>v.<br><br>EDWARD STRAFACI,<br><br>Defendant/Judgment Debtor. | Case No. 07 MC 390<br><br>**ASSIGNMENT ORDER** |

The Motion of Judgment Creditor RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP ("Creditor") for an assignment of monies due to Judgment Debtor EDWARD STRAFACI ("Debtor") came before this Court on the above date and time, the Honorable Irma E. Gonzalez, Presiding. Judgment Creditor Williamson appeared through his attorney Bryan D. Sampson, Esq. Judgment Debtor Strafaci did not appear. The Court having considered the pleadings filed in connection with this motion, the pleadings and records on file int his matter and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the following described rights to payment of Judgment Debtor Edward Strafaci be, and hereby are, assigned to Judgment Creditor Williamson, in care of Sampson & Associates, Attn. Bryan D. Sampson, 2139 1st Avenue, San Diego, California 92101, until such time as the judgment herein is fully satisfied or this order is amended per California Code

of Civil Procedure Section 708.560.

**IT IS HEREBY FURTHER ORDERED** that this assignment order covers any and all accounts receivable, commissions, royalties, bonus plans, stocks, bonds, deferred compensation and/or insurance payments now due, or to become due in the future, to Debtor Strafaci including, but not limited to, any money now due to him, or to become due in the future, from the class action lawsuit entitled <u>Sheldon, Dubroff and Mervyn Klien, et al. v. Wren Holdings, LLC, et al.</u>, under San Diego Superior Court Case Number GIC879495, until the amount remaining due on the $89,828,416.00 judgment, plus all accrued interest and costs thereon, is paid in full.

**IT IS HEREBY FURTHER ORDERED** that Judgment Debtor Edward Strafaci, along with third parties who are served with this notice, shall pay any and all monies due and owing under this order to: "Sampson & Associates, Client Trust Account" at 2139 1st Avenue, San Diego, California 92101 to be applied to this judgment herein until such judgment is fully satisfied or this order is amended.

**NOTICE IS HEREBY GIVEN THAT FAILURE BY JUDGMENT DEBTOR EDWARD STRAFACI OR ANY OF THE NOTICED THIRD PARTIES TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR OR THIRD PARTY TO BEING SANCTIONED AND/OR HELD IN CONTEMPT OF COURT.**

IT IS SO ORDERED.

Dated: _____

_____
Irma E. Gonzalez, Chief Judge
U.S. DISTRICT COURT

1 **SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
2 Mary L. Fickel, Esq. (#221872)
2139 First Avenue
3 San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
4 bsampson@sampsonlaw.net

5 Attorneys for Judgment Creditor
Richard A. Williamson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAMSON, Successor Liquidating Trustee of Lipper Convertibles, LP, <br><br> Plaintiff/Judgment Creditor, <br><br> v. <br><br> EDWARD STRAFACI, <br><br> Defendant/Judgment Debtor. | Case No. 07 MC 390 <br><br> **PROOF OF SERVICE** <br><br> Date: July 14, 2008 <br> Time: 10:30 a.m. <br> Ctrm: 1 <br> Judge: Hon. Irma E. Gonzalez |

**DECLARATION OF SERVICE**

I, Natasha Yeakey, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 2139 First Avenue, San Diego, California, 92101.

I further declare that I am readily familiar with the business practices of Sampson & Associates for service of documents, which documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally, are delivered the same day.

/ / /

/ / /

1

1   On July 15, 2008, I served the following documents:

2   • **NOTICE OF ORDER ASSIGNING RIGHTS TO PAYMENT.**

3
4   on the following:

5   Morgan J. Miller
PAUL HASTINGS JANOFSKY & WALKER
3579 Valley Centre Drive
San Diego, CA 92130

Barry Sher
Kevin C. Logue
Christopher Cobb
PAUL HASTINGS JANOFSKY & WALKER
Park Avenue Tower
75 East 55th Street
New York, NY 10022

Mark Hurwitz
LEVY SMALL & LALLAS
815 Moraga Drive
Los Angeles, CA 90049

Jonathan N. Helfat
Richard G. Haddad
OTTERBOURG STEINDLER HOUSTON &
ROSEN, P.C.
230 Park Avenue
New York, NY 10169

Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118

Kenneth J. Catanzarite
Jim Travis Tice
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, CA 92801

Edward Strafaci  Reg. No. 55609-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

    in the following manner of service

__X__  **By Mail**      I caused such envelopes, with postage thereon fully prepaid, to be placed in the United States Mail at San Diego, California.

____   **By Fax**       I also caused such document(s) to be telecopied to the offices of the addressees where indicated.

    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Executed on July 15, 2008, at San Diego, California.

_____
Natasha Yeakey

2

Williamson v. Strafaci  Case No. 07 MC 390
**PROOF OF SERVICE**
S:\Company Files\Clients - Open\Williamson v. Strafaci\Pleading\Assignment Order\POS.ORDERASSIGN.wpd